IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **SEBO AMERICA, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHRIS JONES and DEBI JONES,**<br><br>    Defendants. | **CIVIL ACTION NO.: 1:22-cv-995**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW FROM REPRESENTATION OF DEFENDANTS

Comes now Ronald W. Burns ("Burns") of the law firm of Fresh IP PLC ("Fresh"), and current counsel for Chris Jones and Debi Jones ("Defendants"), to file this Motion to Withdraw from Representation of Defendants, and in support thereof would show the Court as follows:

Burns and Fresh respectfully termination of the representation, and submit that professional considerations require termination of the representation. Burns and other members of Fresh have made good faith efforts to address the considerations, without success.

Burns and Fresh have provided Defendants with notice of this withdrawal in communications over the course of the last month. A copy of a letter sent to Defendats in accordance with D.C.COLO.LAttyR 5(b) is attached hereto as Exhibit A.

Burns and Fresh respectfully submit that there is good cause for granting this motion, and request entry of the appended proposed order, terminating Burns from this matter.

Dated:  December 8, 2022                    Respectfully Submitted,

                                By: */s/ Ronald W. Burns*

                                    Ronald W. Burns (*Lead Counsel*)
                                    Texas State Bar No. 24031903
                                    Fresh IP, PLC
                                    5999 Custer Road, Suite 110-507
                                    Frisco, Texas 75035
                                    972-632-9009
                                    ron@freship.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with D.C.COLO.LCivR 5.1(d) and Fed. R. Civ. P. 5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email. The undersigned also certifies that a true and correct copy of the foregoing was served upon the Defendants, by email in compliance with D.C.COLO.LCivR 6.1(c), in addition to another notice in accordance with D.C.COLO.LAttyR 5(b), on this the 8th day of December, 2022.

                                               */s/ Ronald W. Burns*
                                               Ronald W. Burns, Esq.