# FRESH

FRESH IP, PLC

**RON BURNS**
Direct Dial: (972) 632-9009
Email: ron@freship.com

December 7, 2022

**Via Certified Mail to:**

Debra Barrett Jones
Chris Jones
246 Airport Road
Winchester, VA 22602

**Via Email:**

debi@tidyvac.com
chris@tidyvac.com

Re:   **NOTICE OF INTENT TO WITHDRAW FROM REPRESENTATION**
       SEBO America, LLC v. Chris Jones and Debi Jones
       District of Colorado Civil Action No.: 1:22-cv-995

Mr. & Ms. Jones,

  For well over a month now, members of our firm have been attempting to reach you – via email and phone – to address serious issues concerning this firm's representation of you both in the above referenced matter (the "case"). To date, we have received no response. Thus, for the reasons indicated in the numerous emails and voice messages sent to you by Cliff Hyra, this firm now intends to withdraw as your legal counsel and representative for the case as previously indicated.

  We have provided you with more than ample opportunity to respond to us and resolve the issues, and we are now filing a motion to withdraw from representing you both in the case. Once we withdraw, we will no longer be your legal counsel, and you both will be personally responsible for complying with all orders from the court and time limitations established by applicable statutes and rules.

Respectfully,

*/s/ Ronald W. Burns*

Ronald W. Burns.